UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. GILMORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>D. CASTILLO,<br><br>　　　　Defendant. | **1:21-cv-00617-GSA-PC**<br><br>**ORDER STRIKING MOTION FOR LACK OF SIGNATURE**<br><br>**(ECF No. 7.)** |

　　　　Edward D. Gilmore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 14, 2021. (ECF No. 1.)

　　　　On January 26, 2022, Plaintiff filed a motion to bring forth evidence. (ECF No. 7.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on January 26, 2022, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

　　Dated:　**May 9, 2022**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 4 at 2:7-8.)

1