UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. GILMORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. CASTILLO,<br><br>　　　　Defendant. | **1:21-cv-00617-GSA-PC**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>**(ECF No. 13.)**<br><br>**DEADLINE:  AUGUST 31, 2023** |

　　　　Edward D. Gilmore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 23, 2023, Plaintiff filed a motion for a 60-day extension of time to file an amended complaint.  (ECF No. 13.)  The Court finds good cause to grant Plaintiff an extension of time.  Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted until **August 31, 2023** in which to file a First Amended Complaint, pursuant to the Court's order issued on May 17, 2023.

IT IS SO ORDERED.

　　Dated:　**June 27, 2023**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE