UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. GILMORE,<br><br>            Plaintiff,<br><br>    v.<br><br>D. CASTILLO,<br><br>            Defendant. | No. 1:21-cv-00617 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION PROGRAM<br><br>(ECF No. 29)<br><br>DEFENDANT'S RESPONSIVE PLEADING DUE **SEPTEMBER 13, 2024** |

Plaintiff is a state prisoner proceeding without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that Defendant violated his First and Eighth Amendment rights when he retaliated against him and used excessive force on him.

On August 9, 2024, Defendant filed a motion to opt out of the post-screening Alternative Dispute Resolution Program. ECF No. 29. Having reviewed it, the Court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Alternative Dispute Resolution Program (ECF No. 29) is GRANTED;

2. The STAY previously ordered in this matter (see ECF No. 28 at 2) is LIFTED, and

3. Within thirty days from the date of this order – **by September 13, 2024,** – Defendant shall file a responsive pleading.

1

IT IS SO ORDERED.

    Dated: **August 12, 2024**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE