UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. GILMORE,<br><br>        Plaintiff,<br><br>  v.<br><br>D. CASTILLO,<br><br>        Defendant. | No. 1:21-cv-00617 JLT GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S REQUEST FOR ADMISSIONS (MOTION TO MODIFY SCHEDULING ORDER)<br><br>(ECF No. 34)<br><br>ORDER VACATING CURRENT DISCOVERY END, MOTION TO COMPEL, AND PRETRIAL MOTION DEADLINES<br><br>(See ECF No. 32 at 6)<br><br>PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS DUE **JANUARY 31, 2025**<br><br>MOTIONS TO COMPEL DISCOVERY DUE **MARCH 14, 2025**<br><br>PRETRIAL MOTIONS DUE **MAY 16, 2025** |

      Plaintiff has filed a motion for a sixty-to-ninety-day extension of time to file responses to Defendant's requests for admissions. ECF No. 34. The Court herein construes the motion as a motion to modify the discovery and scheduling order. See generally ECF No. 32 (discovery and scheduling order).

In support of the motion, Plaintiff states that recently he has been placed in administrative segregation. ECF No. 34 at 1. As a result, he has no access to his legal paperwork. <u>Id.</u> In addition, Plaintiff states that he is in the process of possibly being transferred to a different prison. <u>Id.</u> These facts, Plaintiff asserts, mean that he will need additional time to get his property and properly respond to Defendant's requests. <u>Id.</u>

Good cause appearing, Plaintiff's request will be granted and the current discovery and scheduling order will be modified. The current discovery end, motion to compel, and pretrial motion deadline dates will be vacated and new dates will be issued. However, given the fact that Although Plaintiff's request to modify the discovery and scheduling order only relates to responding to Defendant's requests for admissions, it appears that the larger part of discovery has been completed between the parties. This presumption by the Court,[1] coupled with the fact that this case is one of the older ones on the Court's docket, leads the Court to shorten the typical deadlines for motions to compel and pretrial motions. Doing so will facilitate the efficient movement of this case forward towards disposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order (ECF No. 34) is GRANTED;

2. Plaintiff shall have sixty days from the date of this order – **until January 31, 2025** – to provide responses to Defendant's requests for admissions;

3. The current motion to compel, discovery end, and pretrial motion dates (<u>see</u> ECF No. 32 at 6) (discovery and scheduling order) are hereby VACATED;

4. The new due date for the end of discovery with respect to: (a) Plaintiff's response to Defendant's requests for admissions, and (b) motions to compel is **March 14, 2025**;

5. The new due date for pretrial motions (except motions to compel and motions directly related to trial proceedings) is **May 16, 2025**.

---

[1] If this presumption is incorrect, the parties shall immediately inform the Court.

1 | **All other directives in the discovery and scheduling order are to remain in full force and effect.**

IT IS SO ORDERED.

   Dated:   **December 2, 2024**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE