UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. GILMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>D. CASTILLO,<br><br>        Defendant. | No. 1:21-cv-00617 GSA (PC)<br><br>ORDER GRANTING NUNC PRO TUNC DEFENDANT'S MOTION TO EXTEND MOTION TO COMPEL DEADLINE<br><br>(ECF No. 38)<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DUE IN THIRTY DAYS<br><br>Motions to Compel Due: June 2, 2025<br>Pretrial Motions Due: August 1, 2025 |

Defendant has filed a motion nunc pro tunc for an extension of time to file a motion to compel. ECF No. 38. The matter is at the pretrial motion phase of the proceedings. See ECF No. 35 at 2 (order modifying discovery and scheduling order and setting May 16, 2025, as new due date for pretrial motions).

In support of the extension request, counsel for Defendant, Deputy Attorney General Daniel Krasiev-Dvornikov, states that a grant of the motion is warranted due to excusable neglect. Specifically, DAG Krasiev-Dvornikov avers that due to an error on his part, he inadvertently failed to properly update the motion to compel deadline on his calendar when, upon Plaintiff's request, the Court extended Plaintiff's time to respond to Defendant's discovery requests and the

1

1  motion to compel deadline.  See ECF No. 38 at 7 (Decl. of DAG Krasiev-Dvornikov).  DAG
2  Krasiev-Dvornikov further states that pressing obligations in his other cases diverted his attention
3  from this matter and delayed his recognition of his error.  Id. at 7-8.  He states that it was only in
4  May of 2025, he realized his error and realized that he had not received any written discovery
5  responses from Plaintiff.  Id. at 8.

6  Defendant seeks an extension of time nunc pro tunc up to and including June 2, 2025, or
7  any other date that the Court deems proper, to file his motion to compel to deem his motion to
8  compel timely submitted.  ECF No. 38 at 8.  Attached to Defendant's request for an extension of
9  time is his motion to compel along with relevant declarations and exhibits.  See ECF Nos. 38-1,
10 38-2.  Counsel states that because Plaintiff is incarcerated and cannot be easily contacted on
11 shortened time, he is serving Plaintiff with the instant motion by mail.  ECF No. 38 at 8.

12 Good cause appearing, Defendant's motion will be granted.  The deadline to file motions
13 to compel will be extended nunc pro tunc to June 2, 2025.  Plaintiff will be given thirty days from
14 the date of this order to file a response to Defendant's motion to compel.  In addition, the pretrial
15 motion deadline will be extended sua sponte to August 1, 2025.

16 Accordingly, IT IS HEREBY ORDERED that:

17 1.  Defendant's motion for an extension of time nunc pro tunc to file a motion to compel
18 (ECF No. 38 et seq.) is GRANTED;

19 2.  The deadline for the parties to file motions to compel is extended nunc pro tunc to
20 June 2, 2025;

21 3.  Within thirty days from the date of this order, Plaintiff shall either directly serve
22 Defendant with responses to all the discovery requests in question or file a response to
23 Defendant's motion to compel in this Court;

24 4.  Should Plaintiff timely serve Defendant with adequate discovery responses, Defendant
25 shall inform the Court and withdraw his motion to compel, and

26 5.  The pretrial motion deadline is, sua sponte, extended to August 1, 2025.

27 **All other deadlines in the discovery and scheduling order are to remain in full force**
28 **and effect.**

IT IS SO ORDERED.

    Dated:   **June 4, 2025**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE