|  |  |
|---|---|
| EDWARD D. GILMORE,<br><br>             Plaintiff,<br><br>      v.<br><br>D. CASTILLO,<br><br>             Defendant. | No. 1:21-cv-00617 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 44) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The magistrate judge issued findings and recommendations to grant Defendant's motion for terminating sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). (Doc. 44.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections to the findings and recommendations were due within 14 days. (*Id*. at 9.) Plaintiff has not filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued August 29, 2025 (Doc. 44), are **ADOPTED IN FULL**.

2. Consistent with Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b); *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and Local Rule 110, Defendant's

motion for terminating sanctions (Doc. 40) is **GRANTED**.

    3.  This matter is **DISMISSED** with prejudice.

    4.  The Clerk of Court is directed to **CLOSE this case**.

IT IS SO ORDERED.

   Dated:   **September 22, 2025**              /s/ Jennifer L. Thurston
                                                                 UNITED STATES DISTRICT JUDGE